UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CLAYTON SAMUEL WILSON, Sui Juris, Executive Trustee for the CLAYTON SAMUEL WILSON PRIVATE BANK AND TRUST, Plaintiff,

v.

LEO ALBERT, Individually and as General Sales Manager of BMW OF BRIDGEPORT (MAURO MOTORS), Defendant.

VERIFIED COMPLAINT IN ADMIRALTY

COMES NOW, Clayton Samuel Wilson, a Sovereign Man and Executive Trustee, appearing Sui Juris to bring this Verified Complaint against Defendant LEO ALBERT for Administrative Fraud, Tortious Interference with Trust Assets, and Violation of the Law of Nations.

I. JURISDICTION AND VENUE

This Court has jurisdiction under Article III, Section 2 of the Constitution (Admiralty/Maritime) and 28 U.S.C. § 1333.

Venue is proper as the commercial trespass occurred at the dealership located in Bridgeport, CT.

This matter involves a Nationalship Treasury Obligation and a Maritime Lien regarding a specific vessel (2025 BMW iX).

II. MAXIMS OF LAW

Fraus omnia corrumpit: Fraud vitiates every transaction.

Rerum ordo confunditur, si unicuique jurisdictio non servetur: The order of things is confounded if everyone does not preserve their own jurisdiction.

Ejus est interpretari cujus est condere: He who creates has the right to interpret (The Trust creator defines the terms of the acquisition).

III. STATEMENT OF FACTS

On January 22, 2026, at 9:40 AM, Defendant LEO ALBERT contacted the Plaintiff via telephone (+1 646-472-4858).

Defendant ALBERT explicitly refused to provide a Purchase Order for the 2025 BMW iX to the Clayton Samuel Wilson Private Bank and Trust.

Defendant ALBERT demanded the Plaintiff submit to corporate "insurance and registration" statutes as a prerequisite for sale, which constitutes an illegal Tying Arrangement and a violation of the Sherman Antitrust Act.

Defendant ALBERT claimed he was acting under "legal instructions" to deny the Trust's acquisition, yet refused to identify the counsel, establishing a Conspiracy to Defraud and a Commercial Blockade.

This action constitutes a Bad Faith refusal to engage in honorable commerce with a U.S. Republic Nationalship Treasury entity.

IV. CLAIMS FOR RELIEF

COUNT I: Tortious Interference with a Private Trust Asset (2025 BMW iX).

COUNT II: Violation of 15 U.S.C. § 1 (Sherman Antitrust Act - Tying Arrangement).

COUNT III: Administrative Fraud and Breach of Duty of Care.

COUNT IV: Enforcement of Maritime Lien against the Defendant's personal and professional surety.

V. PRAYER FOR RELIEF

Immediate issuance of the Purchase Order for the 2025 BMW iX to the Trust.

Damages for commercial delay and trespass.

Recognition of the Maritime Lien filed against the asset and the Defendant.

VERIFICATION

I, Clayton Samuel Wilson, declare under penalty of perjury that the foregoing is true and correct.

POSTED, SIGNED, SEALED AND DATED ON: January 22, 2026.

BY: _____  UCC 1-308
CLAYTON SAMUEL WILSON, Sui Juris Executive Trustee, Authorized Representative

111 Grandview Ave
Bridgeport CT 06606